# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# SOUTHEASTERN DIVISION

| | |
|---|---|
| ERIC WILSON, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) )   No. 1:21-cv-156-MTS |
| KILOLO KIJAKAZI, *Acting Commissioner of the Social Security Administration*, | ) ) ) ) |
| Defendant. | ) |

## MEMORANDUM AND ORDER

This matter is before the Court on Plaintiff's Motion for Attorney's Fees under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412, Doc. [17]. Plaintiff asks to be awarded $5,028.90. Defendant has no objection. Doc. [18]. The Court will award Plaintiff $5,028.90 to be paid by the Social Security Administration. *See* 28 U.S.C. § 2412. This amount is subject to any allowable offset to satisfy any pre-existing debt Plaintiff owes to the United States. If Plaintiff owes no outstanding debt to the United States that can be offset, the EAJA award is to be paid and sent directly to Parmele Law Firm, P.C. *See* Doc. [17] at 1 n.1 & 2; Doc. [17-3]. If Plaintiff owes an outstanding debt to the United States, and such debt is subject to offset, Defendant shall offset the debt and send the remainder (if any) of the award to Plaintiff through Parmele Law Firm, P.C.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's Motion for Attorney's Fees, Doc. [17], is **GRANTED**. EAJA fees and expenses in the amount of $5,028.90 shall be paid by the Social Security Administration in accordance with the EAJA and this Memorandum and Order.

Dated this 25th day of April 2023

MATTHEW T. SCHELP
UNITED STATES DISTRICT JUDGE